**John Kershner SASSER, Plaintiff in Error,**

**v.**

**The STATE of Oklahoma, Defendant in Error.**

**No. A–13949.**

Court of Criminal Appeals of Oklahoma.

Sept. 28, 1966.

Rehearing Denied Jan. 27, 1967.

Malcolm Baucum, Oklahoma City, for plaintiff in error.

Charles Nesbitt, Atty. Gen., for defendant in error.

BUSSEY, Presiding Judge.

John Kershner Sasser, hereinafter referred to as defendant, was convicted in the District Court of Oklahoma County for the crime of Burglary in the Second Degree, sentenced to serve a term of three (3) years imprisonment in the State Penitentiary at McAlester, and appeals.

We have carefully examined the record and find that the defendant was ably represented by competent counsel, the proof of guilt overwhelmingly supports the verdict of the jury, the court carefully and meticulously instructed the jury, and the punishment imposed was well within the range provided by law; under such circum-

stances the Court of Criminal Appeals will not reverse or modify the judgment and sentence appealed from. Judgment and sentence is accordingly affirmed.

NIX and BRETT, JJ., concur.